252 So.2d 448

**Lillie Betrece SINGLETON**

v.

**A SECOND MORTGAGE COMPANY OF BATON ROUGE, INC.**

**No. 51754.**

Sept. 22, 1971.

In re: Lillie Betrece Singleton applying for writs of certiorari, prohibition and mandamus.

Writ refused. Insufficient showing to justify the exercise of our supervisory jurisdiction.